# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA TOELLE,<br><br>             Plaintiff,<br><br>vs.<br><br>WALMART ASSOCIATES INC.,<br><br>             Defendant. | Case No. 7:14cv5008<br><br>ORDER ALLOWING RESTRICTED ACCESS FILING |

NOW on this 19th day of August, 2015, the matter comes on before the Court on the Stipulation of the parties regarding the Defendant's production and/or filing of commercial and/or confidential information. (Filing No. 28). The Court having reviewed the parties' stipulation and being fully advised in the premises finds and orders as follows:

1.  The parties Stipulation for a Protective Order, (Filing No. 28), is granted.

2.  That if the Defendants produces copies of employees manuals, policies, protocols, rules or procedures which would have governed the maintenance of store floors at the North Platte Walmart store on June 8, 2010, the Defendant may file such documents under restricted access.

3.  That good cause is shown to allow the Defendant to file and/or offer commercial and/or confidential information with access restricted to counsel of record and court personnel only.

    SO ORDERED.

Dated: August 19, 2015.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge