IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA TOELLE,<br><br>          Plaintiff,<br><br>vs.<br><br>WALMART ASSOCIATES, INC.,<br><br>          Defendant. | 7:14-CV-5008<br><br>ORDER |

    The Court has been advised that the parties in this case have settled their claims. However, the parties have indicated that finalizing the settlement may take several weeks because of insurance subrogation claims. The Court will, for administrative purposes, set an initial deadline for filing dismissal papers. But that deadline may be extended at the request of the parties, should more time be required to complete the settlement paperwork.

    IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. The defendant's motion for summary judgment (filing 30) is denied without prejudice as moot.

3. On or before November 20, 2015, the parties shall either

   a. file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case; or

   b. file a motion to extend this deadline.

4. The Clerk of the Court shall set an initial dismissal papers deadline of November 20, 2015.

Dated this 11th day of September, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -