## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GLORIA TOELLE,

                Plaintiff,

vs.

WALMART ASSOCIATES, INC.,

                Defendant.

7:14-CV-5008

JUDGMENT

Upon the parties' Stipulation for Dismissal (filing 37), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 19th day of November, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge